**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASHLEY NAHAI and MICHAEL SOTER, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> -v- <br><br> BABY BREZZA ENTERPRISES LLC and THE BETESH GROUP, <br><br> Defendants. | Case No. 2:20-cv-3712-KM-JBC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ashley Nahai and Michael Soter file this notice of voluntary dismissal with prejudice.

Dated: January 4, 2021

                                                      s/ *Jason L. Lichtman*
                                                    Jason L. Lichtman

                                              LIEFF CABRASER HEIMANN &
                                              BERNSTEIN, LLP
                                              Jason L. Lichtman
                                              250 Hudson Street, 8th Floor
                                              New York, NY 10013
                                              Telephone: (212) 355-9500
                                              Email: jlichtman@lchb.com

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO P.C.
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 994-1700
Email:jcecchi@carellabyrne.com
Email: decklund@carellabyrne.com

*Counsel for Plaintiffs and the Proposed Class*

LAW OFFICE OF GARY S. SOTER
Gary S. Soter
22287 Mulholland Hwy, #169
Calabasas, CA 91302
Phone: (323) 960-1909
Email: garysoter@garysoterlaw.com

*Additional Counsel for Plaintiffs*