**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASHLEY NAHAI and MICHAEL SOTER, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>-v-<br><br><br>BABY BREZZA ENTERPRISES LLC and THE BETESH GROUP,<br><br>Defendants. | Case No. 2:20-cv-3712-KM-JBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ashley Nahai and

Michael Soter file this notice of voluntary dismissal with prejudice.


Dated: January 4, 2021

   s/ *Jason L. Lichtman*
    Jason L. Lichtman

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jason L. Lichtman
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Email: jlichtman@lchb.com

1

CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO P.C.
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068
Phone: (973) 994-1700
Email:jcecchi@carellabyrne.com
Email: decklund@carellabyrne.com

*Counsel for Plaintiffs and the Proposed
Class*

LAW OFFICE OF GARY S. SOTER
Gary S. Soter
22287 Mulholland Hwy, #169
Calabasas, CA 91302
Phone: (323) 960-1909
Email: garysoter@garysoterlaw.com

*Additional Counsel for Plaintiffs*

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 1/5/2021**

2